1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HEATHER GODDARD, | ) | Case No.: CV 07-05458 SJO (AGRx) |
|---|---|---|
| Plaintiff, | ) | Hon. S. James Otero |
| vs. | ) | **ORDER FOR ONE WEEK CONTINUANCE OF HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND EXPERT DISCOVERY DEADLINES TO PRESERVE POTENTIAL SETTLEMENT** |
| CITY OF INGLEWOOD, et al., | ) | |
| Defendants. | ) | |
| | ) | [Stipulation For One Week Continuance of Hearing on Motions for Summary Judgment and Expert Discovery Deadlines filed concurrently herewith] |
| | ) | Pretrial Conference:<br>Date:      August 3, 2009<br>Time:      9:00 a.m. |
| | ) | Trial:<br>Date:      August 18, 2009<br>Time:      9:00 a.m. |

The Court having considered the stipulation of Plaintiffs HEATHER GODDARD and Defendants CITY OF INGLEWOOD, OFFICER DONVAY LINDSEY and OFFICER BRANDON BEAK (the "Parties"), through their

1

GODDARD\Pldg\OrderOneWeekContinuance

1  Respective counsel of record, and good cause appearing, IT IS HEREBY
2  ORDERED that:
3      a.    The hearing on Plaintiff HEATHER GODDARD's Motion for Summary Judgment and Defendants CITY OF INGLEWOOD's and BRANDON BEAK's Motion for Summary Judgment is hereby taken off calendar;
4      b.    Any oppositions shall be filed no later than June 5, 2009; and
5      c.    The matter shall stand submitted on the papers.
6      d.    An order will issue.

IT IS ORDERED.

Dated: May 29, 2009

                              *S. James Otero*
                              United States District Judge
                              Central District of California

GODDARD\Pldg\OrderOneWeekContinuance